

**GRANTED**

The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.

**Victor I. Reyes**
**District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

**EFILED Document – District Court**
**2012CV133**
**CO Pueblo County District Court 10th JD**
**Filing Date: Mar 19 2012 10:58PM MDT**
**Filing ID: 43182295**
**Review Clerk: N/A**

| | |
|---|---|
| DISTRICT COURT, PUEBLO COUNTY, COLORADO<br>Court Address:   320 W. 10th Street<br>                           Pueblo, CO 81003<br>Phone Number:   719-583-7000 | |
| **Plaintiff(s):**  NEW IMAGE DRYWALL, LLC, a Colorado limited liability company,<br>v.<br>**Defendant**:   KIEWIT BUILDING GROUP INC., a Delaware corporation. | ▲ COURT USE ONLY ▲ |
| Stephen G. Everall, Esq., #987<br>Semple, Farrington & Everall, P.C.<br>1120 Lincoln Street, Suite 1308<br>Denver, CO  80203<br>Telephone:  303/595-0941<br>Fax:         303/861-9608<br>E-Mail: Severall@smmpc.com | Case No.:<br><br>2012CV133<br>Division: C |
| **ORDER RE:  UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** | |

THE COURT, having considered Defendant's *Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint*, and being sufficiently advised in the premises, enters the following order:

Defendant's motion is granted.  Defendants' shall have an additional twenty-one (21) days, through April 12, 2012 to respond to Plaintiff's Complaint.

DONE AND ORDERED this _____day of _____, 2012.

_____

This document constitutes a ruling of the court and should be treated as such.

|  |  |
|---|---|
| **Court:** | CO Pueblo County District Court 10th JD |
| **Judge:** | Victor I Reyes |
| **File & Serve Transaction ID:** | 43148740 |
| **Current Date:** | Mar 19, 2012 |
| **Case Number:** | 2012CV133 |
| **Case Name:** | NEW IMAGE DRYWALL LLC vs. KIEWIT BUILDING GROUP INC |
| **Court Authorizer:** | Victor I Reyes |

**/s/ Judge Victor I Reyes**