**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**JUDGE RAYMOND P. MOORE**

Courtroom Deputy: Nick Richards          Date: September 20, 2013
Court Reporter: Tammy Hoffschildt

**CASE NO. 12-cv-00823-RM-CBS**

| Parties | Counsel |
|---|---|
| NEW IMAGE DRYWALL, LLC, a Colorado limited liability company, | Karl Alexander Berg, Jr. |
| Plaintiff, | |
| v. | |
| KIEWIT BUILDING GROUP INC., a Delaware corporation, | Stephen G. Everall<br>Holly Eileen Ortiz |
| Defendant. | |

### COURTROOM MINUTES

**MOTION HEARING AND TRIAL PREPARATION CONFERENCE**
**COURT IN SESSION**: **1:29 p.m.**
Court calls case. Appearances of counsel.

Hearing called regarding Defendant's Motion for Summary Judgment [Doc. No. 21, filed January 31, 2013] and Trial Preparation Conference.

Opening remarks by the Court.

**ORDERED**: The parties shall provide exhibit notebooks to chambers on or before 12:00 p.m., October 2, 2013. The parties shall provide original copies, plus two additional sets.

The Court reminds the parties that a 4-day trial to the bench is set to commence on October 7, 2013 at 9:00 a.m.

**ORDERED**:  Witnesses shall be sequestered during the course of trial. Each side may have one person present with counsel as a client representative.

**1:52 p.m.**  Oral argument by Ms. Ortiz and Mr. Everall regarding Defendant's Motion for Summary Judgment [21].

**2:37 p.m.**  Oral argument by Ms. Berg.

**3:07 p.m.**  Response by Ms. Ortiz and Mr. Everall.

**ORDERED**:  Defendant's Motion for Summary Judgment [21] is **TAKEN UNDER ADVISEMENT**.

**ORDERED**:  Motion Hearing regarding Defendant's Motion for Summary Judgment [21] is continued to September 23, 2013 at 1:30 p.m. in Courtroom A-601 before the Honorable Raymond P. Moore. Mr. Everall may attend the hearing by telephone. The Court will rule from the bench regarding Defendant's Motion for Summary Judgment [21] during the hearing.

**COURT IN RECESS**: **3:16 p.m.**
**Total in court time**: **1:47**
**Hearing continued**