**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

Courtroom Deputy: Nick Richards           Date: September 23, 2013
Court Reporter: Tammy Hoffschildt

**CASE NO. 12-cv-00823-RM-CBS**

| Parties | Counsel |
|---|---|
| NEW IMAGE DRYWALL, LLC, a Colorado limited liability company, | Karl Alexander Berg, Jr. |
| Plaintiff, | |
| v. | |
| KIEWIT BUILDING GROUP INC., a Delaware corporation, | Stephen G. Everall<br>Holly Eileen Ortiz |
| Defendant. | |

**COURTROOM MINUTES**

**MOTION HEARING**
**COURT IN SESSION**: **1:29 p.m.**
Court calls case. Appearances of counsel.

Motion Hearing called regarding the continuance of the Motion Hearing held September 20, 2013 [Doc. No. 47, filed September 20, 2013].

The Court makes its findings regarding Defendant's Motion for Summary Judgment [Doc. No. 21, filed January 31, 2013].

**ORDERED**:   Defendant's Motion for Summary Judgment [21] is **GRANTED**. Summary judgment of dismissal of Plaintiff's claims is hereby entered in favor of Defendant. The issues of Defendant's counterclaim for breach of contract and the exercise of supplemental jurisdiction remain. Any supplemental filings regarding supplemental jurisdiction shall be filed by the close of business on Friday, September 27, 2013.

**COURT IN RECESS**: **1:55 p.m.**
**Total in court time**: **00:26**
**Hearing concluded**