**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 12–cv–00823–RM–CBS

NEW IMAGE DRYWALL, LLC, a Colorado limited liability company,

    Plaintiff,

v.

KIEWIT BUILDING GROUP, INC., a Delaware corporation,

    Defendant.

_____

**ORDER GRANTING
JOINT MOTION TO DISMISS ALL CLAIMS AND COUNTERCLAIMS
WITH PREJUDICE (ECF NO. 53)**
_____

Upon consideration of the Joint Motion to Dismiss (ECF No. 53), it is

ORDERED that the motion is granted. All claims and counterclaims in this matter are hereby dismissed with prejudice with the parties to bear their own costs and attorney's fees.

DATED this 4th day of October, 2013.

                                              BY THE COURT:

                                              RAYMOND P. MOORE
                                              United States District Judge